IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY L. LIBENGOOD, Special Administrator of the Estate of RALPH L. LIVENGOOD, Deceased. | ) ) ) ) | 7:07CV444 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| FORTIS HEALTH INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion for extension of time to respond to the defendant's motion for summary judgment, Filing No. 47. The plaintiff represents to the court that plaintiff and defendant have agreed to mediation. The plaintiff also asserts that she needs additional time to resolve a discovery dispute. The court finds the motion should be granted, but that a reasonable time limitation should be imposed. Accordingly,

IT IS ORDERED:

1. Plaintiff's motion for an extension of time (Filing No. 47) is granted;

2. Plaintiff is granted an extension of 30 days in which to respond to the motion; if mediation has not been concluded, the plaintiff may move for a further extension of time.

DATED this 28th day of May, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge