IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CINDY L. LIBENGOOD, Special Administrator of the Estate of RALPH L. LIBENGOOD, Deceased,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**FORTIS HEALTH INSURANCE COMPANY and JOHN ALDEN LIFE INSURANCE COMPANY,** )<br>)<br>)<br>)<br>**Defendants.** ) | **8:07CV444**<br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge on September 25, 2009 by counsel for the defendants,

**IT IS ORDERED that:**

1. **On or before November 25, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The pretrial conference previously scheduled is cancelled upon the representation that this case is settled.

DATED this 25th day of September, 2009.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge