# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CINDY L. LIBENGOOD, Special Administrator of the Estate of RALPH L. LIBENGOOD, Deceased<br><br>Plaintiff<br><br>FORTIS HEALTH INSURANCE COMPANY, and JOHN ALDEN LIFE INSURANCE COMPANY<br><br>Defendants | Case No. 8:07CV444<br><br><br>**ORDER** |

This matter is before the Court upon the parties' stipulation for dismissal with prejudice. Upon being informed in the premises, the Court finds that that stipulation should be granted and the case dismissed.

WHEREFORE, IT IS ORDERED that this action should be and hereby is dismissed with prejudice, each party to bear their own costs and attorney fees.

Dated this 28th day of December, 2009.

BY THE COURT:


**s/ Joseph F. Bataillon**
Chief District Judge

DOCS/950437.1